**MEMO ENDORSED**


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

ENDAGANGERED SPECIES CHOCOLATE, LLC

        Defendant.

Case No: 1:20-cv-09259-VEC

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
        April 28, 2021

Mars Khaimov Law, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

O'Hagan Meyer, PLLC

By: _____
Ryan Benson, Esq.
One E Wacker, Suite 3400
Chicago, IL 60601
rbenson@ohaganmeyer.com
*Attorneys for Defendant*

SO ORDERED.

/s/ Valerie Caproni     5/20/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE